**Order entered July 8, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01534-CR

**MICHAEL ADAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-00936-Y**

## ORDER

The Court **ORDERS** court reporter Sharina Fowler to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1, 2, 3, and 13.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharina Fowler, Deputy Official Court Reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE